IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHELLE R. WOOD HAMILTON §
§
VS. § CIVIL ACTION NO. 4:04-CV-878-Y
§
JO ANNE B. BARNHART §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On June 28, 2005, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") determining that plaintiff Michelle R. Wood Hamilton was not disabled at Step Five of the sequential evaluation process be affirmed. The magistrate judge's order gave all parties until July 19 to serve and file with the Court written objections to his proposed findings.

Subsequently, Plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge. The defendant did not file a response.

After carefully reviewing the findings, record, case law, and Plaintiff's objections, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, it is ORDERED that the Commissioner's decision is AFFIRMED.

SIGNED August 19, 2005.

*Terry R. Means*

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/kat